IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEBBIE SUE JONES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5711

Opinion filed March 11, 2016.

Amended Petition for Belated Appeal -- Original Jurisdiction.

Bruce A. Miller, Public Defender, and Gary Bostick, Assistant Public Defender, Milton, for Petitioner.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Bureau Chief, and Jillian H. Reding, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The amended petition seeking a belated appeal of the judgment and sentence rendered on September 15, 2015, in Santa Rosa County Circuit Court case number 2014-CF-001607, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal. The

court notes that the lower tribunal has appointed the Office of the Public Defender to represent petitioner on appeal to this court.

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.